# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA ANDEL, | § |
| Plaintiff, | § Civil Action No. 2:19-cv-04240-JS |
| v. | § |
| CAPITAL ONE BANK (USA), N.A., | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Adam H. Settle | */s/* Amy L. B. Ginsburg |
| Adam H. Settle, Esq. | Amy L. B. Ginsburg, Esq. |
| Ballard Spahr, LLP | Kimmel & Silverman, P.C. |
| 1735 Market Street | 30 East Butler Pike |
| 51st Floor | Ambler, PA 19002 |
| Philadelphia, PA 19103 | Phone: 215-540-8888 |
| Phone: 215-864-8861 | Fax: 215-540-8817 |
| Email: settlea@ballardspahr.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: January 30, 2020 | Date: January 30, 2020 |

BY THE COURT:

_____
                                    J.

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Adam H. Settle, Esq.
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
Phone: 215-864-8861
Email:  settlea@ballardspahr.com
Attorney for the Defendant

| | |
|---|---|
| Dated: January 30, 2020 | By: /s/ Amy L. Bennecoff Ginsburg |
| | Amy L. Bennecoff Ginsburg, Esq. |
| | Kimmel & Silverman, P.C. |
| | 30 E. Butler Avenue |
| | Ambler, PA 19002 |
| | Tel: 215-540-8888 |
| | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |