IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA ANDEL, | § |
| Plaintiff, | § Civil Action No. 2:19-cv-04240-JS |
| v. | § |
| CAPITAL ONE BANK (USA), N.A., | § |
| Defendant. | § |

FILED
FEB 07 2020
KATE BARKMAN, Clerk
By:_____ Dep. Clerk

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Adam H. Settle
Adam H. Settle, Esq.
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
Phone: 215-864-8861
Email: settlea@ballardspahr.com
Attorney for the Defendant

Date: January 30, 2020

/s/ Amy L. B. Ginsburg
Amy L. B. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: January 30, 2020

BY THE COURT:

_____ J.

Dated: 2/7/2020